UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| GARY STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: |
| vs | ) |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Gary Stewart, by counsel, Melissa A. Davidson, and for his complaint for Damages against Defendant, The Lincoln National Life Insurance Company ("Lincoln") states as follows:

**I. Parties and Jurisdiction**

1. That Plaintiff is a citizen of the State of Indiana residing in Montgomery County.

2. That Defendant, Lincoln, provides does business in the County of Montgomery, State of Indiana, in that it provides long term disability benefits to the qualified employees of Nucor Corporation.

3. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

4. That Plaintiff was an employee of Nucor Corporation, where in his capacity as an Overhead Crane Operator, he was a participant in the Plan.

5. That Plaintiff was forced to stop working due to medical conditions on or about April 22, 2020.

6. That Plaintiff applied for long-term disability benefits and received benefits from July 22, 2020 through January 31, 2022.

7. Plaintiff was denied continuing benefits under the aforementioned insurance policy on or about April 8, 2022.

8. That Plaintiff administratively appealed this denial on September 23, 2022, as he suffers from numerous medical impairments that qualify him for continuing benefits under the terms of the Plan.

9. That Defendant has refused to acknowledge the appeal or issue a decision on the appeal. Plaintiff's appeal is therefore deemed denied pursuant to ERISA.

10. Because Defendant has failed to exercise its discretion in deciding the claim, the Court may exercise *de novo* review of the case.

11. That as a result of Defendant's conduct, Plaintiff has been denied benefits rightfully due him under the Plan and has incurred Attorney fees in order to rectify the harm done to him.

12. Lincoln is both the claims adjudicator and payer of this claim.

13. Lincoln benefits financially from denying Plaintiff's claim.

14. Lincoln has a conflict of interest in this claim

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendants, with interest, in an amount commensurate with his past due benefits, interest, reinstatement of his benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Respectfully submitted,

4/13/23                 /s/ Melissa A. Davidson
Date                  Melissa A. Davidson
Hankey, Marks & Crider
429 E. Vermont Street, Suite 200
Indianapolis, IN  46202
(317) 634-8565
(317) 634-9818
mdavidson@hankeylaw.com