UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GARY STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: |
| vs | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for: GARY STEWART

I certify that I am admitted to practice in this court.

____4/13/23___________
Date

_/s/ Melissa A. Davidson_____________

Melissa A. Davidson #26068-49
Hankey, Marks & Crider
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
Ph: 317-634-8565
Fax: 317-634-9818
mdavidson@hankeylaw.com