# United States District Court
for the
Southern District of Indiana

| | | | |
|---|---|---|---|
| GARY STEWART, *Plaintiff,* | ) | | |
| vs. | ) | Cause No: | 1:23-cv-00642-JMS-KMB |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *Defendant.* | ) | | |

**SUMMONS IN A CIVIL ACTION**

TO:

*The Lincoln National Life Insurance Company*
*Corporation Service Company*
*135 N. Pennsylvania St, Suite 1610*
*Indianapolis, IN 46204*

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Melissa A. Davidson*
*Hankey, Marks & Crider*
*429 E. Vermont Street, Suite 200*
*Indianapolis, IN 46202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Roger A.G. Sharpe*

Date: 04/14/2023

BY: Dynasty D. Brown
*Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Civil Action Number: 1:23-cv-00642-JMS-KMB

## PROOF OF SERVICE

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ______________________________________

was received by me on *(date)*__________________.

☐ I personally served the summons on the individual at *(place)* __________________________________

________________________________________________ on *(date)* __________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*________________

_____________________________________, a person of suitable age and discretion who resides there,

on *(date)* __________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________________________________________, who is

designated by law to accept service of process on behalf of *(name of organization)* _________________

________________________________________on *(date)* __________________; or

☐ I returned the summons unexecuted because _____________________________________________; or

☐ Other *(specify)*: Service via certified return receipt mail.

My fees are $ _____________for travel and $_______________for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: ____________________

__________________________________________________
*Server's Signature*

_Attorney Ashley D. Marks____________________________
*Printed name and title*

_434 E. New York St, Indianapolis, IN 46202_____________
*Server's address*

Additional information regarding attempted service, etc.