# United States District Court

for the
Southern District of Indiana

| | | | |
|---|---|---|---|
| GARY STEWART, *Plaintiff,* | ) | | |
| vs. | ) | Cause No: | 1:23-cv-00642-JMS-KMB |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *Defendant.* | ) | | |

**SUMMONS IN A CIVIL ACTION**

TO:

*The Lincoln National Life Insurance Company*
*Corporation Service Company*
*135 N. Pennsylvania St, Suite 1610*
*Indianapolis, IN 46204*

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Melissa A. Davidson*
*Hankey, Marks & Crider*
*429 E. Vermont Street, Suite 200*
*Indianapolis, IN 46202*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Roger A.G. Sharpe

Date: 04/14/2023

BY: Dynasty Brown
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

Civil Summons (Page 2)

Civil Action Number: 1:23-cv-00642-JMS-KMB

**PROOF OF SERVICE**

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Lincoln National Life Insurance Company

was received by me on *(date)* 4/17/23.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* __________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* __________; or

☐ I returned the summons unexecuted because ____________________; or

☒ Other *(specify)*: Service via certified return receipt mail.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under penalty of perjury that this information is true.

Date: 4/19/23

[signature]
*Server's Signature*

Melissa A. Davidson
*Printed name and title*

429 E Vermont Street, Ste 200
Indianapolis, IN 46202
*Server's address*

Additional information regarding attempted service, etc.

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln National Life Ins Co
Corporation Service Company
135 N Pennsylvania St, Ste 1610
Indianapolis, IN 46204

9590 9402 2273 6225 5855 40

2. Article Number *(Transfer from service label)*

7002 2030 0002 6705 6668

## *COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X [signature] ☐ Agent ☐ Address

B. Received by *(Printed Name)* C. Date of Deliv

CITY STAT

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ...estricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restri Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmatio
- ☐ Signature Confirmatio Restricted Delivery