UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GARY STEWART,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:23-cv-00642-JMS-KMB |

**ENTRY AND ORDER FROM INITIAL PRETRIAL CONFERENCE**

The Parties, by counsel, appeared for an Initial Pretrial Conference on June 9, 2023, with the Magistrate Judge. The Case Management Plan submitted in this case is **APPROVED** as amended, and will be entered as a separate order.

This matter is set for a Telephonic Status Conference on **August 17, 2023, at 10:00 a.m. (Eastern)**, with Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**So ORDERED.**

Date: 6/15/2023

Kellie M. Barr
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email