UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GARY STEWART,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:23-cv-00642-JMS-KMB |

**TRIAL SETTING AND NOTICE OF FINAL PRETRIAL CONFERENCE**

This cause is hereby set for a Bench Trial before Judge Jane Magnus-Stinson on **October 8, 2024 at 9:00 a.m.** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A Final Pretrial Conference is also set for **September 13, 2024 at 10:00 a.m.** in Room 202 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Counsel are reminded of the required pretrial preparation deadlines set forth in paragraph VIII of the case management plan, dkt. [15].

Counsel are further reminded to review the undersigned's Practices and Procedures, available at docket [6].

Date: June 30, 2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Melissa A. Davidson
Hankey, Marks & Crider
mdavidson@hankeylaw.com

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
iwana@rademaekerslaw.com