UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GARY STEWART,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.1:23-cv-00642-JMS-KMB |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

COMES NOW, the Plaintiff Gary Stewart, and by and through the undersigned counsel, Melissa A. Davidson, pursuant to the Case Management Plan and files the following preliminary list of Witnesses.

1. Gary Stewart, c/o Melissa Davidson, Hankey, Marks & Crider.
2. Mrs. Lori Stewart, spouse, c/o Melissa Davidson, Hankey, Marks & Crider.
3. Travis Welch, PA, and Kelly Flick, PT, Athletico Physical Therapy, 1575 US 231, Crawfordsville, IN, 47933. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
4. Dr. Scott Douglas, FPN Southside Family Medicine Crawfordsville, 1640 Crawfordsville Square Dr., Crawfordsville, IN, 47933. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
5. Dr. John Deitz, Dr. Ronald S. Miller, and Travis A. Welch, PA, OrthoIndy 8450 Northwest Blvd, Indianapolis, IN, 46209-7906. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.

6. Dr. Justin Miller, 13225 N. Meridian Street, Building 3, Carmel, IN. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
7. Dr. Glenn Tuckman, CDI, 3738 Landmark Drive, Suite D, Lafayette, IN 47905. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
8. Dr. Joseph George, Franciscan Alliance Radiology. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
9. Tonya Mason, NP, Mason Health Care, 4537 S. Nucor Rd. Crawfordsville, IN 47933, 765-362-3662. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
10. Dr. Mark Janicki, Witham Health Services, 2605 North Lebanon Street, Lebanon, IN 46052. Testimony regarding conditions, symptoms, testing, treatment, and limitations of Plaintiff.
11. A Representative of Plaintiff's former employer.
12. Any person identified in any discovery response, including interrogatory answers, responses to requests for production, responses to requests for admissions, depositions, and statements of correspondence.
13. Any person deposed or yet to be deposed in this matter.
14. Any person necessary to authenticate any documents or lay proper foundations for the admission of any evidence.
15. Any person listed on any witness list filed by any party to this matter.
16. All witnesses called by the Defendant in this case.
17. Any necessary rebuttal witnesses.

Respectfully Submitted,

/s/ *Melissa A. Davidson*
Melissa A Davidson
Attorney at Law
Hankey, Marks & Crider
429 E. Vermont Street, Suite 200
Indianapolis, IN 46202
Phone: (317) 634-8565
Fax: (317) 634-9818

**CETIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Preliminary Witness List was served upon counsel of record through the court's electronic filing system this 7th day of August, 2023.

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
iwana@rademaekerslaw.com

/s/ *Melissa Davidson*
Melissa Davidson
Senior Attorney
HANKEY MARKS & CRIDER
429 E Vermont St, Suite 200
Indianapolis, IN 46202
(317) 634-8565
mdavidson@hankeylaw.com