UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GARY STEWART,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:23-cv-00642-JMS-KMB |

**ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE**

The Parties, by counsel, appeared for a telephonic status conference on August 17, 2023, with Magistrate Judge Kellie M. Barr. The Parties discussed the status of discovery and potential resolution.

This matter is set for a telephonic status conference on **November 9, 2023, at 2:30 p.m. (Eastern)**, with Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**So ORDERED.**

Date: 8/17/2023

Kellie M. Barr
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Melissa A. Davidson
Hankey, Marks & Crider
mdavidson@hankeylaw.com

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
iwana@rademaekerslaw.com