UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GARY STEWART,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:23-cv-00642-JMS-KMB |

**ORDER RESETTING TELEPHONIC STATUS CONFERENCE**

The Court, on its own motion, **RESETS** the starting time of the November 15, 2023 Telephonic Status Conference for **4:30 p.m. (Eastern)**, before Magistrate Judge Kellie M. Barr.

**So ORDERED.**

Date: 11/1/2023

Kellie M. Barr
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Melissa A. Davidson
Hankey, Marks & Crider
mdavidson@hankeylaw.com

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
iwana@rademaekerslaw.com