UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GARY STEWART,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:23-cv-00642-JMS-KMB |

**ORDER**

Considering the Joint Stipulation of Dismissal With Prejudice filed by the Parties, and all premises:

IT IS ORDERED that this case be and is hereby dismissed with prejudice and Stricken from the Docket. The parties shall bear their respective costs, attorney fees, and expenses.

**SIGNED** this ______ day of ___________________, 2023.

_________________________________________
Magistrate Judge Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:
Melissa Davidson: mdavidson@hankeylaw.com
Iwana Rademaekers: iwana@rademaekerslaw.com