UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY STEWART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:23-cv-00642-JMS-KMB |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Considering the Joint Stipulation of Dismissal With Prejudice filed by the Parties, and all premises:

IT IS ORDERED that this case be and is hereby dismissed with prejudice. The parties shall bear their respective costs, attorney fees, and expenses [26].

Date: 11/3/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:
Melissa Davidson:  mdavidson@hankeylaw.com
Iwana Rademaekers: iwana@rademaekerslaw.com